IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES HAWLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-1918 |
| | § | |
| FLOYD A. LANDSEY, INC., | § | |
| ETHAN L. SHAW, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum on Dismissal, this case is DISMISSED without prejudice to refiling with payment of the entire $400.00 filing fee.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order and provide all parties with a copy.

SIGNED at Houston, Texas, on  October 26 , 2013.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE